IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINER N. WILLIAMS-FERGUSON,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security;<br><br>Defendant. | 8:19-CV-468<br><br><br><br>ORDER |

Plaintiff must serve the defendant(s) within ninety days after filing her Complaint. Fed. R. Civ. P. 4(m). Given the Court's November 19, 2019, order granting Plaintiff's request to proceed in forma pauperis (Filing 5), Plaintiff's time to serve the defendant(s) is extended to February 17, 2020. Absent compliance with this order, this case may be dismissed without prejudice without further notice.

Dated this 23rd day of January, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge